# THE MARKS LAW FIRM, P.C.

July 20, 2020

*VIA ECF*
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York

Re: *Mendez v. Caleres, Inc. d/b/a Naturalizer,* No. 19 Civ. 11184 (RA)

Dear Judge Abrams:

The Parties jointly write pursuant to the Court's Order, dated July 6, 2020, (Dkt. No. 21), in which the Court sought the parties' views concerning the potential impact of the Court's recent rulings on the above-referenced case. The Parties agree that while each case may be decided on its own merits, Your Honor's prior decisions certainly inform the Parties of the probable outcome of the present matter. Given the fact that the Second Circuit is set to decide Dominguez v. Banana Republic, LLC, 20-1559 and Murphy v. Kohl's Corp., 20-1608 in the near future, and as the Second Circuit's decision may be dispositive of the issues pending before the Court in the present lawsuit, the Parties jointly request this Court to stay this matter pending the outcome of the appellate court decision in order to avoid unnecessary briefing by the Court or the Parties at this time.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/Bradly Marks*
Bradly Marks

cc: all counsel via ECF

---

Application granted.  This action is hereby stayed.  No later than one week after the Second Circuit issues a decision in either or both of the appeals referenced above, the parties shall submit a joint letter informing the Court of their positions as to how that/those decision(s) impact the instant case and proposing next steps in this action.

SO ORDERED.

Hon. Ronnie Abrams
7/21/2020

175 Varick Street, 3rd FL, New York, New York 10014
East Hampton Office – By Appointment Only
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com