| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 08/08/2022 |

HIMELDA MENDEZ, o*n behalf of herself and all other persons similarly situated*,

                Plaintiff,

v.

CALERES, INC. d/b/a NATURALIZER,

                Defendant.

19-CV-11184 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 21, 2020, the Court granted a stay of this action pending the Second Circuit's resolution of the consolidated appeal that included *Dominguez v. Banana Republic, LLC*, No. 20-1559 and *Murphy v. Kohl's Corp.*, No. 20-1608. On June 2, 2022, the Second Circuit issued a decision in the consolidated appeal. *See Calcano v. Swarovski North America Limited, et al.*, Case No. 20-1552.

    Accordingly, no later than August 19, 2022, the parties shall confer and submit a joint status letter informing the Court of their positions as to the instant case and proposing next steps in this action.

SO ORDERED.

Dated:    August 8, 2022
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge