UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

HIMELDA MENDEZ,

                           Plaintiff,                                 *Civil Action No.*

               -against-                                    1:19-CV-11184-RA


CALERES, INC. d/b/a NATURALIZER,

                           Defendants.

-------------------------------------------------------X

## <u>NOTICE OF SETTLEMENT</u>

      PLEASE TAKE NOTICE that Plaintiff, HIMELDA MENDEZ and Defendant,

CALERES, INC. d/b/a NATURALIZER, hereby notify this Honorable Court that settlement has

been reached in the above-referenced case among the parties. The Parties are drafting the

necessary documents and expect to finalize the agreement in the next few weeks. Accordingly,

we respectfully request a 30-day order be issued.


      Dated: August 19, 2022



                                                  By:_____

                                                    Bradly G. Marks
                                                      The Marks Law Firm, PC
                                                      155 E 55th Street, Suite 6A
                                                      New York, NY 10022
                                                      T:(646) 770-3775